UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

**2626 BWAY, LLC,**

                Debtor.
--------------------------------------------------------X

Chapter 11

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ss.:
COUNTY OF NEW YORK  )

      **Kavneet Singh Sethi**, being duly sworn, deposes and says:

      1. I am not a party to the action, am over 18 years of age and reside in Old Westbury, N.Y.

      2. On the **27th day** of **October, 2010,** I served **Adversary Proceeding Complaint** *via FIRST CLASS MAIL* upon:

| | | |
|---|---|---|
| Andrea J. Lawrence, Esq.<br>M. Teresa Daley Law Offices, P.C.<br>520 Eighth Avenue, 24th Floor<br>New York, New York 10018 | Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | |
| Judge Chapman<br>United States Bankruptcy Court<br>Southern District of New York<br>1 Bowling Green<br>New York, NY 10004 | Alice K. Jump<br>REAVIS PARENT LEHRER LLP<br>41 Madison Avenue<br>41st Floor<br>New York, NY 10010 | Howard W. Segal<br>845 Third Avenue<br>Suite 1740<br>New York, NY 10022 |

depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                    /s/Kavneet Singh Sethi
                                                      **Kavneet Singh Sethi**

Sworn to before me this
**27th** day of **October, 2010**

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401   Qualified in Kings County
Commission Expires 5-7-2014

{00504334.DOC;1 }500223