UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                          Chapter 11
                                                                                     Case No. 10-14731-scc
**2626 BWAY, LLC,**
                          Debtor.
----------------------------------------------------------X
**2626 BWAY, LLC,**
                          Plaintiff,                 Adv. Pro. No. 10-04086-scc

    -against-

**BROADWAY METRO ASSOCIATES, L.P,
ALBERT BIALEK, HOWARD W. SEGAL,
HOWARD W. SEGAL, P.C.,**
                         Defendants.                 **AFFIDAVIT OF SERVICE**
----------------------------------------------------------X

STATE OF NEW YORK    )
                                  ss.:
COUNTY OF NEW YORK  )

       TINA FOGEL, being duly sworn, deposes and says:

       1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

       2. On the **29th** day of **October, 2010**, I served **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING** via *FIRST CLASS MAIL* upon:

*Andrea J. Lawrence, Esq.*
*M. Teresa Daley Law Offices, P.C.*
*520 Eighth Avenue, 24th Floor*
*New York, New York 10018*

*Office of the U.S. Trustee*
*33 Whitehall Street, 21st Floor*
*New York, New York 10004*

*Alice K. Jump*
*REAVIS PARENT LEHRER LLP*
*41 Madison Avenue, 41st Floor*
*New York, N.Y. 10010*

*Howard W. Segal*
*845 Third Avenue, Suite 1740*
*New York, N.Y. 10022*

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
29th day of **October, 2010**

/s/ Robert M. Sasloff
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2014

/s/TINA FOGEL
TINA FOGEL

504668