UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                          :

                                                        Chapter 11

    2626 BWAY LLC,                       :     Case No. 10-14731 (SCC)



                            Debtor.       :
----------------------------------------------------------X

2626 BWAY LLC,                                  :

        Plaintiff,

    -against-                                  :

BROADWAY METRO ASSOCIATES, LP,
ALBERT BIALEK, HOWARD W. SEGAL,             Adv. Pro. No. 10-04086-scc
P.C. AND HOWARD W. SEGAL, ESQ.,             :

        Defendants.

----------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS


TO:   Clerk, U.S. Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, New York 10004

      PLEASE TAKE NOTICE that Broadway Metro Associates, LP and Albert Bialek by and through their counsel REAVIS PARENT LEHRER LLP hereby appear in the above-captioned proceeding and request that all notices and all papers served or required to be served in this case by the Court, the Debtor, and/or any other parties-in interest, be given to and served upon the undersigned attorneys at the following address:

               REAVIS PARENT LEHRER LLP
               41 Madison Avenue
               41st Floor
               Alice K. Jump, Esq. (ajump@rpl-law.com)

{00600215; 1}

New York, New York 10010
(212) 763-4100 (main)
(212) 763-4141 (fax)

REAVIS PARENT LEHRER LLP
41 Madison Avenue
41st Floor
Maria M. Patterson, Esq. (mpatterson@rpl-law.com)
New York, New York 10010
(212) 763-4100 (main)
(212) 763-4141 (fax)

Dated: New York, New York
November 24, 2010

>REAVIS PARENT LEHRER LLP
>Attorneys for Broadway Metro
>Associates, LP and Albert Bialek
>
>BY: _____
>Maria M. Patterson
>mpatterson@rpl-law.com
>41 Madison Avenue
>41st Floor
>New York, New York 10010
>(212) 763-4100 (main)
>(212) 763-4141 (fax)

TO:

U.S. Trustee
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for Debtor and Plaintiff
2626 BWAY LLC

Attention: Robert M. Sasloff, Esq.
Robert R. Leinwand, Esq.
Arnold Mitchell Greene, Esq.
875 Third Avenue , 9th Floor
New York, NY 10022-0123

{00600215; 1}