REAVIS PARENT LEHRER LLP
Attorneys for Broadway Metro Associates LP
  and Albert Bialek
41 Madison Avenue, 41st Floor
New York, New York 10010
(212) 763-4100 (main)
(212) 763-4141 (fax)
Alice K. Jump, Esq. (ajump@rpl-law.com)
Maria M. Patterson, Esq. (mpatterson@rpl-law.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:                                              :

                                                                        **Chapter 11**

          **2626 BWAY LLC,**                    :   Case No. 10-14731 (SCC)

                                Debtor.    :

-----------------------------------------------------X

**2626 BWAY LLC,**                                  :

       Plaintiff,

  -against-                                         :

**BROADWAY METRO ASSOCIATES, LP,
ALBERT BIALEK, HOWARD W. SEGAL,**     Adv. Pro. No. 10-04086-scc
**P.C. AND HOWARD W. SEGAL, ESQ.,**   :

       Defendants.

-----------------------------------------------------X

<u>**RULE 7.1 DISCLOSURES OF DEFENDANT BROADWAY METRO ASSOCIATES, LP**</u>

     Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, Defendant Broadway Metro Associates LP makes the following disclosures:

{00600217; 1}

The General Partner of Broadway Metro Associates, LP is Seavest Management Corp.

DATED this 29th day of November, 2010.

>REAVIS PARENT LEHRER LLP
>Attorneys for Broadway Metro
>Associates, LP
>
>BY: _____
>Maria M. Patterson
>41 Madison Avenue
>41st Floor
>New York, New York 10010