UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                          :

                                                :    **Chapter 11**

**2626 BWAY LLC,**                              :    **Case No. 10-14731 (SCC)**

                                                     **Certificate of Service**


                       **Debtor.**              :

-------------------------------------------------------------X

**2626 BWAY LLC,**                              :

              Plaintiff,

       -against-                                :

**BROADWAY METRO ASSOCIATES, LP,**
**ALBERT BIALEK, HOWARD W. SEGAL,**                  Adv. Pro. No. 10-04086-scc
**P.C. AND HOWARD W. SEGAL, ESQ.,**             :

              Defendants.

-------------------------------------------------------------X

Maria M. Patterson, Esq., pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that I am over 18 years of age and not a party to this action and that on November 24, 2010, I served the attached Defendants' Memorandum of Law in Support of Motion For an Order of Remand Pursuant to 28 U.S.C. § 1452(b) and FRBP 9027(d) or, in the Alternative, For Abstention Pursuant to 28 U.S.C. § 1334(c)(2) by electronically filing and/or mailing a true and accurate copy of same by United States mail, postage prepaid, on the following persons at the address listed below.

Robert M. Sasloff, Esq.
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
9th Floor
New York, NY 10022-0123
*Attorneys for Debtor*
*2626 BWAY LLC*
(via ECF)

Arnold Mitchell Greene, Esq.
ROBINSON BROG LEINWAND GREENE

GENOVESE & GLUCK, P.C.
875 Third Avenue 9th Floor
New York, NY 10022
*Attorneys for Debtor*
*2626 BWAY LLC*
(via ECF)

Robert R. Leinwand, Esq.
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
9th Floor
New York, NY 10022
*Attorneys for Debtor*
*2626 BWAY LLC*
(via ECF)

2626 BWAY, LLC
131 Christopher Street
2nd Floor
New York, NY 10014
(via First Class Mail)

HOWARD W. SEGAL, ESQ.
HOWARD W. SEGAL, P.C.
845 Third Avenue
New York, New York 10022
*(via First Class Mail)*

Dated: November 24, 2010
       New York, New York

_____
Maria M. Patterson