UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: :

       **2626 BWAY LLC,** :

                            Debtor. :

------------------------------------------------------------X

**2626 BWAY LLC,** :

           Plaintiff,

      -against- :

**BROADWAY METRO ASSOCIATES, LP,
ALBERT BIALEK, HOWARD W. SEGAL,
P.C. AND HOWARD W. SEGAL, ESQ.,** :

           Defendants.

------------------------------------------------------------X

**Chapter 11**

**Case No. 10-14731 (SCC)**

<u>Certificate of Service</u>

**Adv. Pro. No. 10-04086-scc**

    Maria M. Patterson, Esq., pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that I am over 18 years of age and not a party to this action and that on November 24, 2010, I served the attached Defendants' Statement Pursuant to Bankruptcy Rule 9027(e)(3) by electronically filing and mailing true and accurate copies of same by United States mail, postage prepaid, on the following persons at the address listed below.

Claude Castro, Esq.
CLAUDE CASTRO & ASSOCIATES PLLC
355 Lexington Avenue
New York, New York 10017
*Attorneys for Plaintiff*
*2626 BWAY LLC*
*(via First Class Mail)*

Robert M. Sasloff, Esq.
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue

{00600173; 1}

9th Floor
New York, NY 10022-0123
*Attorneys for Debtor and Plaintiff*
*2626 BWAY LLC*
*(via ECF)*

Arnold Mitchell Greene
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK, P.C.
875 Third Avenue
9th Floor
New York, NY 10022
*Attorneys for Debtor and Plaintiff*
*2626 BWAY LLC*
*(via ECF)*

Robert R. Leinwand
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
9th Floor
New York, NY 10022
*Attorneys for Debtor and Plaintiff*
*2626 BWAY LLC*
*(via ECF)*

HOWARD W. SEGAL, ESQ.
HOWARD W. SEGAL, P.C.
845 Third Avenue
New York, New York 10022
*(via First Class Mail)*

2626 BWAY, LLC
131 Christopher Street
2nd Floor
New York, NY 10014
(via First Class Mail)

Dated: November 24, 2010
New York, New York

_____
Maria M. Patterson