# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# ONE BOWLING GREEN
# NEW YORK, NY 10004-1408

July 7, 2011

**County Clerk**
Attn: Certification Clerk
60 Centre Street
New York, NY 10007

**IN RE:**
    CASE NAME:    2626 Bway LLC v. Broadway Metro Associates, L.P., et al
    CASE NUMBER:    10-4086A, 10-14731 (SCC)
    INDEX NO.:    1005586/2010

Dear Clerk:

An Order was signed on **December 17, 2010**, by **Judge Shelley C. Chapman** of the U.S. Bankruptcy Court Southern District of New York, Remanding Adversary Proceeding # **10-4086A** to the **Supreme Court of the State of New York, New York County** .

In response to the Order, we are providing you the following:

**X**     **CERTIFIED COPY OF THE ORDER**
**X**     **CERTIFIED COPY OF THE <u>ADVERSARY</u> DOCKET**

Enclosed, please find a copy of this letter to acknowledge receipt of these documents. If you need further information regarding this matter, please contact Ms. Gemma Philbert at (212) 668-2870.

Yours truly,

                        VITO GENNA, CLERK

                        By:    <u>Anatin Rouzeau</u>
                                  Deputy Clerk

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED ABOVE**

RECEIVED BY _____ ON DATE _____